ALBANY,
Feb. 1829.

Jackson
v.
Schauber.

---

JACKSON, ex dem. Bogert and others, *vs.* SCHAUBER.

MOTION for a rule for costs. The judgment of this court in this cause was reversed in the court for the correction of *Where a judgment in ejectment is reversed in the* court of errors, this court will not grant a rule to pay costs, but leave the party to make up his record, &c.

ALBANY,
Feb. 1829.

Wright
v.
Black.

errors, on a writ of error prosecuted by the defendant, and costs awarded to the plaintiff in error. On filing the remittitur, it was moved, on the part of the defendant in this cause, that the lessors of the plaintiff pay the costs awarded in the court of errors, or shew cause why an attachment should not issue against them.

*By the Court,* SUTHERLAND, J. The court see no reason for departing, in this case, from the ordinary practice of requiring the party who has succeeded on his writ of error to make up his record, issue execution, and obtain his costs in the usual manner. The motion is denied.